# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:10−cv−08827−RJH
### *Internal Use Only*

Weisfelner v. Morgan Stanley &Co., Incorporated et al
Assigned to: Judge Richard J. Holwell
Case in other court:  Supreme Court−New York, 651829−10
Cause: 28:1441 Notice of Removal

Date Filed: 11/22/2010
Date Terminated: 11/22/2010
Jury Demand: None
Nature of Suit: 370 Fraud or
Truth−In−Lending
Jurisdiction: Federal Question

**Plaintiff**

**Edward S. Weisfelner**

V.

**Defendant**

**Morgan Stanley &Co., Incorporated**
*Solely in its Capacity as Custodian,
Trustee, Agent, Representative or
Nominee*

represented by **Philip David Anker**
Wilmer, Cutler, Hale &Dorr, L.L.P. (NYC)
399 Park Avenue
New York, NY 10022
(212)−230−8800
Fax: (212)−230−8888
Email: philip.anker@wilmerhale.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Goldblatt**
Wilmer, Cutler &Pickering
18575 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663−6000
Fax: 202−663−6363
*ATTORNEY TO BE NOTICED*

**Craig T. Goldblatt**
Wilmer, Cutler &Pickering
18575 Pennsylvania Avenue, NW
Washington, DC 20006
202−663−6000
Fax: 202−663−6363
*ATTORNEY TO BE NOTICED*

**Joel Millar**
Wilmer Cutler Pickering Hale &Dorr
L.L.P. (DC)
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202)−663−6000
Fax: (202)−663−6363
*ATTORNEY TO BE NOTICED*

**Pamela Karten Bookman**
Wilmer Hale LLP
399 Park Avenue
New York, NY 10022
212−230−8800
Fax: (212)−230−8888
Email: pamela.bookman@wilmerhale.com
*ATTORNEY TO BE NOTICED*

Peter J. McDonald
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, NY 10022
212–230–8800
Fax: 212–230–8888
*ATTORNEY TO BE NOTICED*

Ross Eric Firsenbaum
Wilmer, Cutler, Hale &Dorr, L.L.P. (NYC)
399 Park Avenue
New York, NY 10022
(212)–230–8800 x6323
Fax: (212)–230–8888
Email: ross.firsenbaum@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Morgan Stanley/ Retail**
*Solely in its Capacity as Custodian,*
*Trustee, Agent, Representative or*
*Nominee*

represented by **Craig Goldblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig T. Goldblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joel Millar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pamela Karten Bookman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter J. McDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip David Anker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ross Eric Firsenbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Beneficial Holders of Accounts Held in
the Name of Morgan Stanley &Co.,
Incorporated**

**Defendant**

**Beneficial Holders of Accounts Held in
The Name of Morgan Stanley/ Retail**

**Defendant**

**State Street Bank &Trust**

represented by **Philip David Anker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Goldblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig T. Goldblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joel Millar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pamela Karten Bookman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter J. McDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ross Eric Firsenbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Fiduciary–State Street Bank**

**Defendant**
**State Street Bank–Trust Custody**

**Defendant**
**State Street Bank–IBT/BGI**

**Defendant**
**State Street Bank–SPDR's**

**Defendant**
**State Street Bank &Trust CO/IBT**

**Defendant**
**Transferees Of State Street Bank
&Trust**

**Defendant**
**Transferees of Fiduciary State Street
Bank**

**Defendant**
**Transferees of State Street
Bank–IBT/BGI**

**Defendant**
**Transferees of State Street Bank–
SPDR's**

**Defendant**
**Transferees of State Street Bank
&Trust CO/IBT**

**<u>Defendant</u>**

| | | |
|---|---|---|
| **Credit Suisse Securities US**<br>*Solely in its Capacity as Custodian, Trustee, Agent, Representative or Nominee* | represented by | **Philip David Anker**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Craig Goldblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig T. Goldblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joel Millar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pamela Karten Bookman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter J. McDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ross Eric Firsenbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

| | | |
|---|---|---|
| **Credit Suisse Securities/IA**<br>*Solely in its Capacity as Custodian, Trustee, Agent, Representative or Nominee* | represented by | **Philip David Anker**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Craig Goldblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig T. Goldblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joel Millar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pamela Karten Bookman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter J. McDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ross Eric Firsenbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Beneficial Holders of Accounts Held in The Name of Credit Suisse Securities US**

<u>Defendant</u>

**Beneficial Holders of Accounts Held In The Name of Credit Suisse Securities/IA**

<u>Defendant</u>

**Bear Stern Securities Corp.**                    represented by    **Philip David Anker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Goldblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig T. Goldblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joel Millar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pamela Karten Bookman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter J. McDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ross Eric Firsenbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Transferees Of Bear Stearn Securities Corp.**

<u>Defendant</u>

**Deutsche Bank Securities**                    represented by    **Philip David Anker**
*Solely in its Capacity as Custodian,*                              (See above for address)
*Trustee, Agent, Representative or*                                 *LEAD ATTORNEY*
*Nominee*                                                           *ATTORNEY TO BE NOTICED*

**Craig Goldblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig T. Goldblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joel Millar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pamela Karten Bookman**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter J. McDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ross Eric Firsenbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Beneficial Holders of Accounts Held In
The Name of Deutsche Bank Securities,
Inc.**

**Defendant**

| | | |
|---|---|---|
| **JPM Chase Bank, N.A.**<br>*Solely in its Capacity as Custodian ,*<br>*Trustee, Agent, Representative or*<br>*Nominee* | represented by | **Philip David Anker**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Craig Goldblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig T. Goldblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joel Millar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pamela Karten Bookman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter J. McDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ross Eric Firsenbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Beneficial Holders of Accounts Held in
The Name of JPM Chase Bank, N.A.**

**Defendant**

| | | |
|---|---|---|
| **JP Morgan Securities**<br>*Solely in its Capacity as Custodian,*<br>*Trustee, Agent, Representative or*<br>*Nominee* | represented by | **Philip David Anker**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Craig Goldblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig T. Goldblatt**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Joel Millar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pamela Karten Bookman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter J. McDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ross Eric Firsenbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Beneficial Holders of Accounts Held In The Name of JP Morgan Securities**

**Defendant**

**National Financial Services**          represented by   **Philip David Anker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Goldblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig T. Goldblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joel Millar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pamela Karten Bookman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter J. McDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ross Eric Firsenbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Transferees Of National Financial Services**

**Defendant**

**Brown Brothers Harriman**          represented by   **Philip David Anker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Goldblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig T. Goldblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joel Millar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pamela Karten Bookman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter J. McDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ross Eric Firsenbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Transferees of Brown Brothers Harriman**

**Defendant**

**JP Morgan Chase BK/IA**
*Solely in its Capacity as Custodian, Trustee, Agent,Representative or Nominee*

**Defendant**

**Beneficial Holders Of Accounts Held In The Name of JPMorgan Chase BK/IA**

**Defendant**

**Northern Trust Company**

**Defendant**

**Transferees Of Northern Trust Company**

**Defendant**

**BNP Paribas SEC Corp.**                    represented by    **Philip David Anker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Goldblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig T. Goldblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joel Millar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pamela Karten Bookman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter J. McDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ross Eric Firsenbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Transferees Of BNP Paribas SEC Corp.**

**Defendant**

**JPM BNK/CORR CL SVCS**
*Solelyin its Capacity as Custodian, Trustee, Agent, Representative or Nominee*

**Defendant**

**Beneficial Holders of Accounts Held in The Name of JPM BNK/CORR CL SVCS**

**Defendant**

**PNC Bank, N.A.**                                   represented by   **Philip David Anker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Goldblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig T. Goldblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joel Millar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pamela Karten Bookman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter J. McDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ross Eric Firsenbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Transferees Of PNC Bank, N.A.**

**Defendant**

| | | |
|---|---|---|
| **TD Ameritrade Clear** | represented by | **Philip David Anker** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Goldblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig T. Goldblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joel Millar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pamela Karten Bookman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter J. McDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ross Eric Firsenbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Transferees of TD Ameritrade Clear**

**Defendant**

| | | |
|---|---|---|
| **First Clearing, LLC** | represented by | **David Steve Mordkoff** |

Proskauer Rose LLP (New York)
1585 Broadway
New York, NY 10036
(212)–969–3831
Fax: (212)–969–2900
Email: dmordkoff@proskauer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harry Frischer**
Proskauer Rose LLP (New York)
1585 Broadway
New York, NY 10036
212–969–3680
Fax: 212–969–2900
Email: hfrischer@proskauer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Leonard Ratner**
Proskauer Rose LLP (New York)
1585 Broadway
New York, NY 10036
212–969–3000
Fax: 212–969–2900
Email: sratner@proskauer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Transferees of First Clearing, LLC**

**Defendant**

**Calyon Securities (USA)**

**Defendant**

**Transferees of Calyon Securities (USA)**

**Defendant**

**Barclays Capital Inc.**
*Soley in its Capacity as Custodian,*
*Trustee, Agent, Representative or*
*Nominee*

represented by **Philip David Anker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Goldblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig T. Goldblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joel Millar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pamela Karten Bookman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter J. McDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ross Eric Firsenbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Beneficial Holders Of Accounts Held In**
**The Name of Barclays Capital Inc.**

**Defendant**

**SG Americas SEC, LLC**
*Solely in its Capacity as Custodian,*
*Trustee, Agent, Representative or*
*Nominee*

represented by **Philip David Anker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Goldblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig T. Goldblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joel Millar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pamela Karten Bookman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter J. McDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ross Eric Firsenbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Beneficial Holders of Accounts Held In**
**The Name of SG Americas SEC LLC**

<u>**Defendant**</u>

**Bear Sterns Securities Corp. F/A/O/**
**FNY SEC/HLW Group**

<u>**Defendant**</u>

**CIBC World Markets**

<u>**Defendant**</u>

**Transferees of CIBC World Markets**

<u>**Defendant**</u>

**JPM/ Public EMP RET.**
*Solely in its Capacity as Custodian,*
*Trustee, Agent, Representative or*
*Nominee*

<u>**Defendant**</u>

**Beneficial Holders of Accounts Held In**
**The Name of JPM/Public EMP RET.**

<u>**Defendant**</u>

**Wells Fargo Bank, N.A.**                    represented by  **David Steve Mordkoff**
*Solely in its Capacity as custodian,*                       (See above for address)
*Trustee, Agent, Representative or*                          *LEAD ATTORNEY*
*Nominee*                                                    *ATTORNEY TO BE NOTICED*

                                                            **Harry Frischer**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Stephen Leonard Ratner**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Wells Fargo Investment LLC**                represented by  **David Steve Mordkoff**
*Solely in its Capacity as Custodian,*                       (See above for address)
*Trustee, Agent, Representative or*                          *LEAD ATTORNEY*
*Nominee*                                                    *ATTORNEY TO BE NOTICED*

                                                            **Harry Frischer**
                                                            (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Leonard Ratner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Beneficial Holders of Accounts Held In
The Name of Wells Fargo Bank, N.A.**

<u>**Defendant**</u>

**Beneficial Holders Of Accounts Held In
The Name of Wells Fargo Investment
LLC**

<u>**Defendant**</u>

**Comerica Bank**

<u>**Defendant**</u>

**Transferees Of Comerica Bank**

<u>**Defendant**</u>

**Scottrade, Inc.**

<u>**Defendant**</u>

**Transferees of Scottrade, Inc.**

<u>**Defendant**</u>

**AG Edwards &Sons**                        represented by   **David Steve Mordkoff**
*Solely in its Capacity as Custodian,*                      (See above for address)
*Trustee, Agent, Representative or*                          *LEAD ATTORNEY*
*Nominee*                                                    *ATTORNEY TO BE NOTICED*

                                                            **Harry Frischer**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Stephen Leonard Ratner**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Beneficial Holders of Accounts Held In
The Name of AG Edwards &Sons**

<u>**Defendant**</u>

**JP Morgan SEC INC WF**
*Solely in its Capacity as Custodian,*
*Trustee, Agent, Representative or*
*Nominee*

<u>**Defendant**</u>

**Beneficial Holders of Accounts Held In
The Name of JP Morgan SEC INC WF**

**Defendant**

**U.S. Trust Company NA**

**Defendant**

**Transferees of U.S. Trust Company NA**

**Defendant**

**Wachovia Bank N.A.**
*Solely in its capacity as Custodian,*
*Trustee, Agent, Representative of*
*Nominee*

represented by **David Steve Mordkoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harry Frischer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Leonard Ratner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Beneficial Holders of Accounts Held In**
**The Name of Wachovia Bank N.A.**

**Defendant**

**Edward D. Jones**

represented by **Philip David Anker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Goldblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig T. Goldblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joel Millar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pamela Karten Bookman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter J. McDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ross Eric Firsenbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Transferees of Edward D. Jones**

**Defendant**

**Sumitomo Trust &Banking**

Defendant

**Transferees of Sumitomo Trust &Banking**

Defendant

**Swiss American Securities**

Defendant

**Transferees of Swiss American Securities**

Defendant

**Robert W. Baird &Co.**

Defendant

**Transferees of Robert W. Baird &Co.**

Defendant

**BGC International Broker Dealer Credit Account**

Defendant

**Amalgamated Bank**                          represented by   **Philip David Anker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Goldblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig T. Goldblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joel Millar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pamela Karten Bookman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter J. McDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ross Eric Firsenbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

Defendant

**Amalgamated Bank CRGO**

Defendant

**Transferees of Amalgamated Bank**

**Defendant**

**Transferees of Amalgamated Bank CRGO**

**Defendant**

**TD Waterhouse Canada**

**Defendant**

**Transferees of TD Waterhouse Canada**

**Defendant**

**HRBlock Financial Advisors**

**Defendant**

**Transferees of HRBlock Financial Advisors**

**Defendant**

**DOFT &CO. , Inc.**                              represented by   **Philip David Anker**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Craig Goldblatt**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Craig T. Goldblatt**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Joel Millar**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Pamela Karten Bookman**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Peter J. McDonald**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Ross Eric Firsenbaum**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Firm Account**

**Defendant**

**Elisabeth H. Doft**                            represented by   **Philip David Anker**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Craig Goldblatt**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Craig T. Goldblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joel Millar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pamela Karten Bookman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter J. McDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ross Eric Firsenbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**KDC Merger Arbitrage Master**

**Defendant**

**JMS LLC**

**Defendant**

**Scotia Capital**                                     represented by   **Philip David Anker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Goldblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig T. Goldblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joel Millar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pamela Karten Bookman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter J. McDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ross Eric Firsenbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Transferees of Scotia Capital**

**Defendant**

**Linsco/ Private Corp.**

**Defendant**

**Transferees of Linsco/Private Corp.**

**Defendant**

**Pension FIN SERV Inc.**

**Defendant**

**Transferees of Pension FIN SERV Inc.**

**Defendant**

**MUGC MTBJ PT33**                    represented by    **Philip David Anker**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Craig Goldblatt**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Craig T. Goldblatt**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Joel Millar**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Pamela Karten Bookman**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Peter J. McDonald**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Ross Eric Firsenbaum**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Cantor Clearing Services**

**Defendant**

**JPM/PCS Shared SVCS**
*Solely in its Capacity as Custodian,*
*Trustee, Agent, Representative or*
*Nominee*

**Defendant**

**National City Bank**                represented by    **Philip David Anker**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Craig Goldblatt**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Craig T. Goldblatt**
                                                        (See above for address)

*ATTORNEY TO BE NOTICED*

**Joel Millar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pamela Karten Bookman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter J. McDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ross Eric Firsenbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Transferees of Cantor Clearing Services**

**Defendant**

**Transferees of National City Bank**

**Defendant**

**Beneficial Holders of Accounts Held In The Name of JPM/PCS Shared SVCS**

**Defendant**

**MJR Partners**

**Defendant**

**Track Data Corporation**
    represented by  **Philip David Anker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Goldblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig T. Goldblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joel Millar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pamela Karten Bookman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter J. McDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ross Eric Firsenbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bear Stearns &Co. F/A/O Gabelli**
**Associates**

**Defendant**

**Bear Sterns Securities Corp.**

**Defendant**

**First NY Securities/Britally Capital**

**Defendant**

**Morgan Keegan &Co.**

**Defendant**

**Southwest Securities, Inc.**

**Defendant**

**Suntrust Bank**                                  represented by  **Philip David Anker**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Craig Goldblatt**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Craig T. Goldblatt**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Joel Millar**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Pamela Karten Bookman**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Peter J. McDonald**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Ross Eric Firsenbaum**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**The Fifth Third Bank**

**Defendant**

**Transferees Of Morgan Keegan &Co.**

**Defendant**

**Transferees of Southwest Securities,**
**Inc.**

**Defendant**

**Transferees of Suntrust Bank**

**Defendant**

**Transferees of The Fifth Third Bank**

**Defendant**

**BAR/CAP Equity Finan**
*Solely in its Capacity as Custodian, Trustee, Agent, Representative or Nominee*

**Defendant**

**BMO Nesbitt Burns**

**Defendant**

**BMO Nesbitt Burns SA**                     represented by    **Philip David Anker**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Craig Goldblatt**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Craig T. Goldblatt**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Joel Millar**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Pamela Karten Bookman**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Peter J. McDonald**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Ross Eric Firsenbaum**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Bank of Nova Scotia Tax**

**Defendant**

**Bank of Nova Scotia WMF/CDS**

**Defendant**

**Bank of Tokyo Mitsubishi**                 represented by    **Philip David Anker**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Craig Goldblatt**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Craig T. Goldblatt**
                                                               (See above for address)

*ATTORNEY TO BE NOTICED*

**Joel Millar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pamela Karten Bookman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter J. McDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ross Eric Firsenbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Beneficial Holders of Account Held in
The Name of BAR CAP/ Equity Finan**

**Defendant**

**Beneficial Holders of Accounts Held In
The Name of JP Morgan SEC INC SL**

**Defendant**

**Crowell Weedon &Co.**

**Defendant**

**Crowell Weedon and Co. Omnibus
Account**

**Defendant**

**JP Morgan SEC INC SI**
*Solely in its Capacity as Custodian,
Trustee, Agent, Representative or
Nominee*

**Defendant**

**MTBJ PT 13**                        represented by   **Philip David Anker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Goldblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig T. Goldblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joel Millar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pamela Karten Bookman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter J. McDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ross Eric Firsenbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Stern Agee &Leach**

<u>**Defendant**</u>

**Transferees of BMO Nesbitt Burns**

<u>**Defendant**</u>

**Transferees of BMO Nesbitt Burns, SA**

<u>**Defendant**</u>

**Transferees of Bank of Nova Scotia Tax**

<u>**Defendant**</u>

**Transferees of Bank of Nova Scotia WMF/CGS**

<u>**Defendant**</u>

**Transferees of Stern Agee &Leach**

<u>**Defendant**</u>

**Transferees of Wedbush Morgan Securities**

<u>**Defendant**</u>

**Wedbush Morgan Securities**

<u>**Defendant**</u>

**Bellsouth Healthcare SP400**

<u>**Defendant**</u>

**CDS Clearing Deposit**

<u>**Defendant**</u>

**Charles Schwab &Co., Inc. Reorganization**

<u>**Defendant**</u>

**D.A. Davidson &Co.**

<u>**Defendant**</u>

**Denis P. Kelleher**

<u>**Defendant**</u>

**KeyBank National Association**

<u>**Defendant**</u>

**Stifel Nicolaus**
*As Custodian for John J. Saueracker*

**Defendant**

**Option Express, Inc.**

**Defendant**

**Primevest Financial Services**

**Defendant**

**RBC Dominion Securities**                    represented by    **Philip David Anker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Goldblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig T. Goldblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joel Millar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pamela Karten Bookman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter J. McDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ross Eric Firsenbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Stephens Inc.**

**Defendant**

**Transferees of Bank of Tokyo Mitsubishi**

**Defendant**

**Transferees of CDS Clearing Deposit**

**Defendant**

**Transferees of D.A. Davidson &Co.**

**Defendant**

**Transferees of Keybank National Association**

**Defendant**

**Transferees of Option Express, Inc.**

**Defendant**

**Transferees of Primevest Financial Services**

**Defendant**

**Transferees of RBC Dominion Securities**

**Defendant**

**Transferees of Stephens Inc.**

**Defendant**

**Abbey National Securities**

**Defendant**

**Alpine Associates**

**Defendant**

**American Enterprise Investment Services**

**Defendant**

**Arbitrage Account**

**Defendant**

**Beneficial Holders of Accounts Held In The Name of Custodial Trust Company**

**Defendant**

**Burl Swafford and Ruth Swafford JT Ten**

**Defendant**

**Cato Enterprises LLC**

**Defendant**

**Comm. Bank of Kansas**

**Defendant**

**David R. Johnsen and Amalia G. Johnsen (JT TenWros)**

**Defendant**

**Vincent De Cicco**

**Defendant**

**FTB/Teachers Of Ohio**

**Defendant**

**Ferris, Baker Watts**

represented by **Philip David Anker**
Wilmer, Cutler, Hale &Dorr, L.L.P. (NYC)
399 Park Avenue
New York, NY 10022
(212)–230–8890
Fax: (212)–230–8888
Email: philip.anker@wilmerhale.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Goldblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig T. Goldblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joel Millar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pamela Karten Bookman**
Wilmer Hale LLP
399 Park Avenue
New York, NY 10022
212 –230–8800
Fax: (212)–230–8888
Email: pamela.bookman@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Peter J. McDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ross Eric Firsenbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Folio (FN) Investments, Inc.**

**Defendant**

**Gulf Stream Marketing Inc.**

**Defendant**

**Walter E. Hendricks**

**Defendant**

**IRA FBO, Janet F. Ross VFTC**
*as Custodian*

**Defendant**

**International Brokerage Retail Equity**

**Defendant**

**John Does 1–500**

**Defendant**

**Kermit R. Meade**

**Defendant**

**Mizoho Trust &Banking Co.**

**Defendant**

**NBCN Inc.**

**Defendant**

**OP &F/ Intech**

**Defendant**

**Ohio Carpenters MidCap**

**Defendant**

**Pulse Trading Inc.**

**Defendant**

**Regions Bank**

**Defendant**

**Rickert C. Henriksen and Zheyla M. Henriksen Community Property**

**Defendant**

**Roofer's Local 9 Pension Fund –Harris**

**Defendant**

**SERS/SSGA Pass**

**Defendant**

**Sacramento Employees Retirement System Russell**

**Defendant**

**The Anti–Cruelty Society**

**Defendant**

**Timber Hill LLC**

**Defendant**

**Transferees of Abbey National Securities**
*Custodial Trust Company , Solely in its capacity as Custodian, Trustee, Agent, Representative or Nominee*

**Defendant**

**Transferees of American Enterprise Investment Services**

**Defendant**

**Transferees of Comm. Bank of Kansas**

**Defendant**

**Transferees of Ferris, Baker Watts**

**Defendant**

**Transferees of Folio (FN) Investments, Inc.**

**Defendant**

**Transferees of International Brokerage Retail Equity**

<u>Defendant</u>

**Transferees of Mizoho Trust &Banking Co.**

<u>Defendant</u>

**Transferees of NBCN Inc.**

<u>Defendant</u>

**Transferees of Regions Bank**

<u>Defendant</u>

**Transferees of Timber Hill LLC**

<u>Defendant</u>

**Transferees of Trustmark National Bank**

<u>Defendant</u>

**Transferees of Union Bank of California**

<u>Defendant</u>

**ABDB−Anchor**

<u>Defendant</u>

**Trustmark National Bank**

<u>Defendant</u>

**Union Bank of California NA**                    represented by    **Philip David Anker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Goldblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig T. Goldblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joel Millar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pamela Karten Bookman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter J. McDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ross Eric Firsenbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Transferees Of State Street Bank
–Trust Custody**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/22/2010 | 1 | NOTICE OF REMOVAL from State Court– Supreme, County of New York. Case Number: 651829–10. (Filing Fee $ 350.00, Receipt Number 921756).Document filed by Amalgamated Bank, BMO Nesbitt Burns SA, BNP Paribas SEC Corp., Bank of Tokyo Mitsubishi, Barclays Capital Inc., Bear Stern Securities Corp., Brown Brothers Harriman, Credit Suisse Securities US, Credit Suisse Securities/IA, DOFT &CO., Inc., Deutsche Bank Securities, Elisabeth H. Doft, Ferris, Baker Watts, JP Morgan Securities, JPM Chase Bank, N.A., Edward D. Jones, MTBJ PT 13, MUGC MTBJ PT33, Morgan Stanley &Co., Incorporated, Morgan Stanley/ Retail, National City Bank, National Financial Services, PNC Bank, N.A., RBC Dominion Securities, SG Americas SEC, LLC, Scotia Capital, State Street Bank &Trust, Suntrust Bank, TD Ameritrade Clear, Track Data Corporation, Union Bank of California NA.(ama) (laq). (Entered: 11/24/2010) |
| 11/22/2010 | | Magistrate Judge Michael H. Dolinger is so designated. (ama) (Entered: 11/24/2010) |
| 11/22/2010 | | Case Designated ECF. (ama) (Entered: 11/24/2010) |
| 11/22/2010 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying BNP Paribas as Corporate Parent. Document filed by BNP Paribas SEC Corp.(ama) (Entered: 11/24/2010) |
| 11/22/2010 | 3 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Brown Brothers Harriman.(ama) (Entered: 11/24/2010) |
| 11/22/2010 | 4 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Credit Suisse (USA) Inc.; Credit Suisse Holdings (USA) Inc.; Credit Suisse and Credit Suisse Group AG; as Corporate Parent. Document filed by Credit Suisse Securities US.(ama) (Entered: 11/24/2010) |
| 11/22/2010 | 5 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Barclays PLC as Corporate Parent. Document filed by Barclays Capital Inc.(ama) (ama). (Entered: 11/24/2010) |
| 11/22/2010 | 6 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Bank of Montreal as Corporate Parent. Document filed by BMO Nesbitt Burns.(ama) (Entered: 11/24/2010) |
| 11/22/2010 | 7 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Bank Of Montreal as Corporate Parent. Document filed by BMO Nesbitt Burns SA.(ama) (ama). (Entered: 11/24/2010) |
| 11/22/2010 | 8 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by DOFT &CO., Inc.(ama) (Entered: 11/24/2010) |
| 11/22/2010 | 9 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying DB U.S. Financial Markets Holding Corporation; Taunus Corporation; Deutsche Bank AG as Corporate Parent. Document filed by Deutsche Bank Securities.(ama) (Entered: 11/24/2010) |
| 11/22/2010 | 10 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying UnionBanCal Corporation; Bank of Tokyo–Mitsubishi UFJ; Mitsubishi UFJ Financial Group as Corporate Parent. Document filed by Union Bank of California NA.(ama) (Entered: 11/24/2010) |
| 11/22/2010 | 11 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying SG Americas Securities Holdings, LLC; Societe Generale as Corporate Parent. Document filed by SG Americas SEC, LLC.(ama) (ama). (Entered: 11/24/2010) |

| 11/22/2010 | 12 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying State Street Corporation as Corporate Parent. Document filed by State Street Bank &Trust, State Street Bank &Trust CO/IBT, State Street Bank–IBT/BGI.(ama) (ama). (Entered: 11/24/2010) |
|---|---|---|
| 11/22/2010 | 13 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Suntrust Bank Holding Company; Sun Trust Banks, Inc. as Corporate Parent. Document filed by Suntrust Bank.(ama) (ama). (Entered: 11/24/2010) |
| 11/22/2010 | 14 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Morgan Stanley; State Street Corporation; Mitsubishi UFJ Finanical Group, Inc.; 7–1 marunochi 2–chome; Choyoda–ku; Tokyo 100–8330; MUFG;China Investment Corporation; Best Investment Corportion; New Plo Plaza; No. 1 Chaoyangmen Beidajie; Dongcheng District; Beijing 100010; People's Republic of China, CIC as Corporate Parent. Document filed by Morgan Stanley &Co., Incorporated.(ama) (ama). (Entered: 11/24/2010) |
| 11/22/2010 | 15 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Amalgamated Bank.(ama) (ama). (Entered: 11/24/2010) |
| 11/22/2010 | 16 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying The Bnk of Tokyo–Mitsubishi UFJ, Ltd. as Corporate Parent. Document filed by Bank of Tokyo Mitsubishi.(ama) (ama). (Entered: 11/24/2010) |
| 11/22/2010 | 17 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Edward D. Jones.(ama) (ama). (Entered: 11/24/2010) |
| 11/22/2010 | 18 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying RBC Capital Markets LLC; Royal Bank of Canada; as Corporate Parent. Document filed by Ferris, Baker Watts.(ama) (ama). (Entered: 11/24/2010) |
| 11/22/2010 | 19 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying J.P. Morgan Broker–Dealer Holdings Inc. ; J.P. Morgan Chase &Co. as Corporate Parent. Document filed by JP Morgan Securities.(ama) (ama). (Entered: 11/24/2010) |
| 11/22/2010 | 20 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying J.P. Morgan Chase &Co. as Corporate Parent. Document filed by JPM Chase Bank, N.A..(ama) (ama). (Entered: 11/24/2010) |
| 11/22/2010 | 21 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by MJR Partners.(ama) (ama). (Entered: 11/24/2010) |
| 11/22/2010 | 22 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying FMR LLC as Corporate Parent. Document filed by National Financial Services.(ama) (ama). (Entered: 11/24/2010) |
| 11/22/2010 | 23 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying National City Bank; PNC Bancorp. Inc; The PNC Financial Services Group, Inc. as Corporate Parent. Document filed by PNC Bank, N.A.(ama) (ama). (Entered: 11/24/2010) |
| 11/22/2010 | 24 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying TD Ameritrade Holding Corporation; The Toronto–Dominion Bank as Corporate Parent. Document filed by TD Ameritrade Clear.(ama) (ama). (Entered: 11/24/2010) |
| 11/22/2010 | 25 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Mitsubishi UFJ Trust and Banking Corporation as Corporate Parent. Document filed by MTBJ PT 13, MUGC MTBJ PT33.(ama) (ama). (Entered: 11/24/2010) |
| 11/22/2010 | 26 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying J.P. Morgan Chase &Co.(ama) (ama). (Entered: 11/24/2010) |
| 11/22/2010 | 27 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Royal Bank of Canada; as Corporate Parent. Document filed by RBC Dominion Securities.(ama) (ama). (Entered: 11/24/2010) |
| 11/22/2010 | 28 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying The Bank of Nova Scotia as Corporate Parent. Document filed by Scotia Capital.(ama) (ama). |

| | | |
|---|---|---|
| | | (Entered: 11/24/2010) |
| 11/22/2010 | 32 | DUPLICATE ORIGINAL ORDER REFERRING CASE to Bankruptcy Court as related to Bankruptcy Court Case No. 09–10023. Pursuant to Section 157(a) of the Bankruptcy Amendments and Federal Judgeship Act of 1984, any or all cases under title 11 and any or all proceedings arising under title 11 or arising in or related to a case under title 11 are referred to the bankruptcy judges for this district. (See M–10–468 Order filed July 11, 1984) (Signed by Judge Robert J. Ward on 7/10/84) (laq) (Entered: 11/24/2010) |
| 11/22/2010 | | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States Bankruptcy Court – Southern District of Bankruptcy. (laq) (Entered: 11/24/2010) |
| 11/24/2010 | 29 | NOTICE OF APPEARANCE by Stephen Leonard Ratner on behalf of AG Edwards &Sons, First Clearing, LLC, Wachovia Bank N.A., Wells Fargo Bank, N.A., Wells Fargo Investment LLC (Ratner, Stephen) (Entered: 11/24/2010) |
| 11/24/2010 | 30 | NOTICE OF APPEARANCE by Harry Frischer on behalf of AG Edwards &Sons, First Clearing, LLC, Wachovia Bank N.A., Wells Fargo Bank, N.A., Wells Fargo Investment LLC (Frischer, Harry) (Entered: 11/24/2010) |
| 11/24/2010 | 31 | NOTICE OF APPEARANCE by David Steve Mordkoff on behalf of AG Edwards &Sons, First Clearing, LLC, Wachovia Bank N.A., Wells Fargo Bank N.A., Wells Fargo Investment LLC (Mordkoff, David) (Entered: 11/24/2010) |
| 11/24/2010 | 33 | NOTICE of Notice of Joinder and Consent to Removal. Document filed by AG Edwards &Sons, First Clearing, LLC, Wachovia Bank N.A., Wells Fargo Bank, N.A., Wells Fargo Investment LLC. (Ratner, Stephen) (Entered: 11/24/2010) |
| 11/24/2010 | 34 | AFFIDAVIT OF SERVICE of Notice of Joinder and Consent to Removal served on Plaintiff's Attorney Sigmund S. Wissner–Gross Esq. on 11/24/2010. Service was accepted by Evelyn Gonzalez. Document filed by AG Edwards &Sons, First Clearing, LLC, Wachovia Bank N.A., Wells Fargo Bank, N.A., Wells Fargo Investment LLC. (Ratner, Stephen) (Entered: 11/24/2010) |
| 11/24/2010 | 35 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Wells Fargo &Co. as Corporate Parent. Document filed by Wells Fargo Investment LLC.(Ratner, Stephen) (Entered: 11/24/2010) |
| 11/24/2010 | 36 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Wells Fargo &Co. as Corporate Parent. Document filed by Wachovia Bank N.A..(Ratner, Stephen) (Entered: 11/24/2010) |
| 11/24/2010 | 37 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Wells Fargo &Co. as Corporate Parent. Document filed by AG Edwards &Sons.(Ratner, Stephen) (Entered: 11/24/2010) |
| 11/24/2010 | 38 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Wells Fargo &Co. as Corporate Parent. Document filed by First Clearing, LLC.(Ratner, Stephen) (Entered: 11/24/2010) |
| 11/24/2010 | 39 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Wells Fargo &Co. as Corporate Parent. Document filed by Wells Fargo Bank, N.A..(Ratner, Stephen) (Entered: 11/24/2010) |
| 11/24/2010 | | ***DELETED DOCUMENT. Notice of non–compliance on 11/24/10. The document was incorrectly filed in this case. (laq) (Entered: 12/01/2010) |
| 11/30/2010 | | ***DELETED DOCUMENT. Notice of non–compliance on 11/30/10. The document was incorrectly filed in this case. (laq) (Entered: 12/01/2010) |