MATTHEW J. AARONSON
Partner
212.704.6006 telephone
212.704.5901 facsimile
matthew.aaronson@troutmansanders.com

**TROUTMAN SANDERS**

TROUTMAN SANDERS LLP
Attorneys at Law
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-0700
212.704.6000 telephone
troutmansanders.com

December 8, 2010

**BY HAND**

Hon. Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

    Re:    **Edward S. Weisfelner, as Trustee of the LB Creditor Trust v. Morgan Stanley & Co. Incorporated, et al. (Adv. Pro. No. 10-04609 (REG))**

Dear Judge Gerber:

    Enclosed for your review and signature please find an executed copy of a Stipulation and proposed Order extending defendant Mizuho Trust and Banking Co., Ltd.'s (improperly sued as "Mizoho Trust & Banking Co.") time to answer, move or otherwise respond to the Complaint in this action to and including December 15, 2010.

    Also enclosed is a CD containing a copy of the Stipulation and proposed Order in Word format. Thank you very much for your attention to this matter.

Respectfully,

Matthew J. Aaronson

enclosures
cc:    Aaron Lauchheimer, Esq. (by e-mail)
        *Counsel for Plaintiff*

ATLANTA    CHICAGO    HONG KONG    LONDON    NEW YORK    NEWARK    NORFOLK    ORANGE COUNTY    PORTLAND
RALEIGH    RICHMOND    SAN DIEGO    SHANGHAI    TYSONS CORNER    VIRGINIA BEACH    WASHINGTON, DC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
In re                                                                                    :
                                                                                            :    Chapter 11
                                                                                            :
LYONDELL CHEMICAL COMPANY, *et al.*,      :    Case No. 09-10023 (REG)
                                                                                            :
                                                                                            :    (Jointly Administered)
                                             Debtors.                        :
------------------------------------------------------------ X
EDWARD S. WEISFELNER, AS TRUSTEE OF    :
THE LB CREDITOR TRUST,                                   :
                                                                                            :
                                             Plaintiff,                         :    Adv. Pro. No. 10-04609 (REG)
                                                                                            :
              -against-                                                          :
                                                                                            :
MORGAN STANLEY & CO., INCORPORATED,  :
et al.,                                                                                 :
                                                                                            :
                                             Defendants.                   :
------------------------------------------------------------ X

## STIPULATION AND ORDER

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys of record for plaintiff Edward S. Weisfelner, as Trustee of The LB Creditor Trust (the "Plaintiff") and defendant Mizuho Trust and Banking Co., Ltd. (improperly sued as "Mizoho Trust & Banking Co.") ("Mizuho") that Mizuho's time to answer, move or otherwise respond to the Complaint dated October 22, 2010 is extended to and including December 15, 2010.

Dated: New York, New York
       November 29, 2010

| | |
|---|---|
| BROWN RUDNICK LLP | TROUTMAN SANDERS LLP |
| By: */s/* Aaron Lauchheimer | By: */s/* Matthew J. Aaronson |
|     May Orenstein |     Matthew J. Aaronson |
|     Aaron Lauchheimer | The Chrysler Building |
| Seven Times Square | 405 Lexington Avenue |
| New York, NY 10036 | New York, NY 10174-0700 |
| Phone: 212-209-4800 | Phone: 212-704-6000 |
| Fax: 212-938-2820 | Fax: 212-704-5901 |
| morenstein@brownrudick.com | matthew.aaronson@troutmansanders.com |
| alauchheimer@brownrudnick.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | *Mizuho Trust and Banking Co., Ltd. (improperly sued as "Mizoho Trust & Banking Co.")* |

**SO ORDERED** this ____ day of December, 2010.

---

ROBERT E. GERBER
United States Bankruptcy Judge